United States Courts
Southern District of Texas
FILED

APR 24 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

GWENDOLYN P. WRIGHT                                  Index No. 4:17-cv-01838

       Plaintiff

against

       Marriott International, Inc.; Courtyard Management Corporation; Marriott Worldwide Reservation Services, L.L.C; MIF, LLC; Marriott International, Inc., Host Marriott Corporation (f/k/a Marriott Corporation, "Host Marriott"); Marriott International, Inc. ("MII"); Host Marriott Services Corporation; Host Marriott Corporation" ("Host REIT"); CTYD III Corporation, Courtyard by Marriott; LBA Hospitality, Larry Blumberg and Associates, Inc.; LBAM-Investor Group, L.L.C.; LBAM-JALARAM, L.L.C.; LBAM-VRAMA, LLC; LBAM-KEY, LLC; LBAM-3H, LLC; Apple REIT Companies; Apple Hospitality REIT, Inc., Apple REIT; LARRY BLUMBERG; ROBERT DIETRICH; PHILIP BARROCAS; MARY EWING; MARSHA CANNON; FARRAH ADAMS; BARBARA ISRAEL; ELIZABETH B. GLASGOW, Farmer Price Hornsby and Weatherford.

Motion to Appeal Civil Action H-17-1838

Plaintiff, Gwendolyn P. Wright, files a Motion to Appeal the Court's order. Plaintiff was cautioned to file an amended petition within twenty-one days against Farmer, Price, Hornsby and Weatherford, LLP. According to Civil Rule of Procedure, Rule 5, a legible postmark affixed by the United States Postal Service is prima facie evidence of the date of mailing. According to Rules 21 and 21a, Plaintiff's

1

document was sent to the proper clerk by United States Certified mail in an envelope, properly addressed, stamped and deposited in the mail on the last day for filing. Plaintiff has a copy of U.S. Certified Mail Receipt #7017 3040 0000 9637 8913, dated April 11, 2018.

Plaintiff hereby request The Honorable Judge David Hittner not dismiss Defendant Farmer, Price, Hornsby, Fisher, LLP for want of prosecution.

Submitted by:

*Gwendolyn P. Wright*
Gwendolyn P. Wright

3018 Ribbon Creek Way
Spring, Texas 77389
832-894-5861