# UNITED STATES DISTRICT COURT
# IN THE HARRIS COUNTY DISTRICT OF TEXAS
# SOUTHERN DIVISION

United States Courts
Southern District of Texas
FILED

JUL 03 2018

David J. Bradley, Clerk of Court

GWENDOLYN P, WRIGHT                                    Index No. <u>4:17-cv-01838</u>

           Plaintiff,

vs

Marriott International, Inc.; Marriott Worldwide Reservation Services, LLC: MIF, LLC; Marriott International, Inc., Host Marriott Corporation (f/k/a Marriott Corporation, "Host Marriott"); Marriott International, Inc. ("MII"); Host Marriott Services Corporation; Host Marriott Corporation" ("Host REIT"); CTYD III Corporation, Courtyard by Marriott: LBA Hospitality, Larry Blumberg and Associates, Inc.; LBAM-Investor Group, L.L.C.; LBAM-JALARAM, L.L.C.; LBAM VRAMA, LLC; LBAM KEY, LLC; LBAM 3H, LLC; Apple REIT Companies; Apple Hospitality REIT, INC., Apple REIT; Larry Blumberg; Robert Dietrich; Farrah Adams; Philip Barrocas; Mary Ewing; Marsha Cannon; Barbara

Defendants,

### Civil Action No. H-17-1838

I Plaintiff, Gwendolyn P. Wright do hereby state the Defendant in <u>Case No. 4:17-cv-01838</u> was served Fourth Supplemental Petition as required by the Federal Rules of Civil Procedure, Request for Disclosure, Motion for Discovery and Interrogatories on June 19, 2018. Please see the following:

*I*

I. American Stock and Transfer Company, 6201 15th Street Brooklyn, New York 11219, by U.S. Certified Mail #**7017 2680 0000 0384 7933**

II. Corporate Creations Network Inc. 11380 Prosperity Farms Rd. #221 E. Palm Beach Gardens, Florida 33410, by U.S. Certified Mail #**7017 3040 0000 9634 8855**

III. J. W. Gagnon, Fisher & Phillips, LLC 910 Louisiana St. Houston, Texas 77002 by U.S. Certified Mail #**7017 2680 0000 0384 7964**

IV. Registered Agent Solutions Inc., 155 Office Plaza Dr., Suite A. Tallahassee, Florida 32301 by U.S. Certified Mail #**7017 2680 0000 0384 7940**

Due to financial hardship, Plaintiff was forced to provide Certificate of Service at a later date to The Court, after receiving Disability payment by mail on July 1, 2018. Let the record show that Plaintiff did serve Defendant within allowed timeframe. Let the record show Plaintiff has been ill and unable to sit up, stand, eat or go to the restroom without assistance from the date of June 20, 2018 thru June 28, 2018, due to a Sickle Cell Anemia Crisis. Let the record reflect the Plaintiff hereby states that stress from this on-going case has caused her over twelve Sickle Cell Crisis within the past two years. Let the record show that the Court failed to take necessary actions to close a dual case on file, causing her to attend unwarranted

court appearances and try to understand which court and actions were proper. Plaintiff is confused as to which court to answer, which actions to comply with, whether or not to attend court, which court orders to attend, etc. Let the record show as of June 13, 2018 Plaintiff is still receiving requests for Civil Action No.4:17-cv-1666, which should have been dismissed by the Court in 2016. Due to the confusion, after The Court has been notified of its mistake three times, Plaintiff has become increasingly stressed and extremely ill. Let the record show Plaintiff, as of June 13, 2018, is still receiving requests in two different Civil Action numbers. Let the record reflect that Plaintiff has not used her financial hardship as a ploy not to comply with Court Rules and in fact has tried to defend herself in every way, by innovative means to support her claim with expert written testimony, which was denied by the court. Let the record reflect the Plaintiff has suffered loss of income for her youngest son due to him aging out of the Social Security Disability age limit and has lost her transportation. As a result, Plaintiff is forced to try and find a ride or depend on family members for rides to take care of litigious requirements, as she is forced to defend herself. Plaintiff has not had the financial means to file proper motions, as in the case of Attorney Elizabeth B. Glasgow, forcing her to allow egregious acts against her as stated in previous documents.

Submitted by:

*Gwendolyn P. Wright*

Gwendolyn P. Wright

3018 Ribbon Creek Way

Spring, Texas 77389